THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 George Grant,
 Jr., Appellant.
 
 
 

Appeal From Anderson County
 J. C. "Buddy" Nicholson, Jr.,
Circuit Court Judge

Unpublished Opinion No. 2011-UP-295  
 Submitted May 1, 2011  Filed June 14,
2011

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 John McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General David Spencer, all of Columbia; and Solicitor Christina T. Adams,
 of Anderson, for Respondent.
 
 
 

PER CURIAM: George Grant, Jr. appeals his convictions
 of first-degree criminal sexual conduct and kidnapping.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities: State
 v. Stroman, 281 S.C. 508, 513, 316
 S.E.2d 395, 399 (1984) (stating when a party introduces evidence about a
 particular matter, the other party is entitled to explain or rebut it, even if
 the latter evidence would have been inadmissible had it been initially
 offered); State v. Page, 378 S.C. 476, 483, 663 S.E.2d 357, 360 (Ct.
 App. 2008) ("Whether a person opens the door to the admission of otherwise
 inadmissible evidence during the course of a trial is addressed to the sound
 discretion of the trial judge."); State v. Beam, 336 S.C. 45,
 52-53, 518 S.E.2d 297, 301 (Ct. App. 1999) (stating an appellant cannot
 complain of prejudice resulting from admission of evidence to which he opened
 the door).
AFFIRMED.
SHORT, KONDUROS, and
 GEATHERS, JJ., concur.

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.